No. 76–1395.  SMITH *v.* SHAFER ET AL.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 76–1401.  SECURITY STORAGE COMPANY OF WASHINGTON ET AL. *v.* DISTRICT UNEMPLOYMENT COMPENSATION BOARD. Ct. App. D. C.  Certiorari denied.

No. 76–1406.  THORNTON ET AL. *v.* PERSONAL SERVICE INSURANCE Co.  Sup. Ct. Ohio.  Certiorari denied.

No. 76–1442.  A. G. SPALDING & BROS., INC., ET AL. *v.* PAUL SULLIVAN SPORTS, INC.  C. A. 1st Cir.  Certiorari denied.

No. 76–1446.  COLE *v.* OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 76–1501.  INGRAHM *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1513.  CZARNECKI *v.* UNITED. STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–1530.  BENSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6064.  JEFFERSON *v.* UNITED STATES;
No. 76–6298.  BARNES *v.* UNITED STATES;
No. 76–6409.  FOX *v.* UNITED STATES;
No. 76–6459.  HEARN *v.* UNITED STATES; and
No. 76–6480.  BAYNES *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6231.  CHOCHREK *v.* OREGON.  Ct. App. Ore.  Certiorari denied.